1  Joseph C. Faucher (SBN 137353)
   TRUCKER ✦ HUSS
2  A Professional Corporation
3  633 W. 5th Street, 26th Floor
   Los Angeles, California  90071
4  Telephone:  (213) 537-1016
5  Facsimile:   (213) 537-1020
   E-mail:      jfaucher@truckerhuss.com
6
   Dylan D. Rudolph (SBN 278707)
7  TRUCKER ✦ HUSS
8  A Professional Corporation
   One Embarcadero Center, 12th Floor
9  San Francisco, California  94111
10 Telephone:  (415) 788-3111
   Facsimile:   (415) 421-2017
11 E-mail:      drudolph@truckerhuss.com

12 Attorneys for Plaintiff in Interpleader
   CALIFORNIA INSTITUTE OF THE ARTS,
13 in its Capacity as Plan Administrator of the
14 California Institute of the Arts Retirement Plan

15              **UNITED STATES DISTRICT COURT**
16              **CENTRAL DISTRICT OF CALIFORNIA**
17

| 18 | CALIFORNIA INSTITUTE OF THE ARTS, in its Capacity as Plan Administrator of the California Institute of the Arts Retirement Plan, | Case No. 2:16-cv-7284 |
|---|---|---|
| 19 | | NOTICE OF APPEARANCE |
| 20 | | |
| 21 | Plaintiff in Interpleader, | |
| 22 | vs. | |
| 23 | ANTHONY A. ALLEN, an Individual, and JEFFREY P. ANQUIN, AS TRUSTEE OF THE SUSAN E. ALLEN TRUST Dated August 7, 2015, | |
| 24 | | |
| 25 | | |
| 26 | Defendants in Interpleader. | |
| 27 | | |

28

NOTICE OF APPEARANCE; Case No.: 2:16-cv-7284                                    1

161675.v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Dylan D. Rudolph, of Trucker Huss, APC, enter my appearance as counsel of record for Plaintiff in Interpleader CALIFORNIA INSTITUTE OF THE ARTS. I am a member of the State Bar of California and admitted to practice in the Central District of California. My address, telephone and facsimile numbers, and email address are as follows:

> TRUCKER HUSS, APC
> One Embarcadero Center, 12th Floor
> San Francisco, California 94111
> Telephone: (415) 788-3111
> Facsimile: (415) 421-2017
> email: drudolph@truckerhuss.com

Please serve the undersigned counsel with all pleading and notices in this action.

DATED: September 28, 2016

TRUCKER ✦ HUSS

By: /s/Dylan D. Rudolph
Joseph C. Faucher
Dylan D. Rudolph
Attorneys for Plaintiffs
CALIFORNIA INSTITUTE OF THE ARTS, as Plan Administrator of the California Institute of the Arts Retirement Plan.