CHARLES E. RUBEN, ESQ., State Bar #54456
LAW OFFICES OF
CHARLES E. RUBEN, ESQ.
SUITE 1840
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CALIFORNIA 90025-3333
TEL (310) 445-4101  FAX (310) 445-4108
CHARLES@CHARLESRUBENLAW.COM

[SPACE BELOW FOR FILING STAMP ONLY]

Attorneys for Defendant in Interpleader and Crossclaimant, Anthony A. Allen

# UNITED STATES DISTRICT COURT
## WESTERN DIVISION
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF THE ARTS, in its Capacity as Plan Administrator of the California Institute of the Arts Retirement Plan,<br><br>　　Plaintiff,<br><br>v.<br><br>ANTHONY A. ALLEN, an individual, and JEFFREY P. ANGWIN, as Trustee of the Susan E. Allen Trust, Dated August 7, 2015, and,<br><br>　　Defendants in Interpleader.<br><br>ANTHONY A. ALLEN,<br><br>　　Crossclaimant,<br><br>v.<br><br>JEFFREY P. ANGWIN, individually and as Trustee of the Susan E. Allen Trust, dated August 7, 2015<br><br>　　Cross-defendant. | CASE NO.  2:16-CV-07284-DSF (JCX)<br><br>**Honorable Dale S. Fischer**<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE BY 14 DAYS<br><br>[Filed concurrently with (Proposed) Order] |

1  WHEREAS, this Court entered an Order Setting Scheduling Conference on December 13, 2016 [Dkt. No. 23], which set a Scheduling Conference on Monday, February 13, 2017, at 11:00 A.M.;

WHEREAS, Defendant ANTHONY A. ALLEN formerly appeared pro se herein but recently retained counsel, Charles E. Ruben, on or about February 1, 2017;

WHEREAS, the Order Setting Scheduling Conference [Dkt. No.23] required the parties to jointly prepare and file a Joint Rule 26(f) Report no later than seven (7) days before the Scheduling Conference, which is currently Monday, February 6, 2016;

WHEREAS, counsel for Defendant ALLEN, Charles E. Ruben, has not yet had a fair opportunity to become familiar with the evidence and contentions raised by the parties herein;

WHEREAS, a 14 day continuance of the Scheduling Conference as well as a corresponding extension of the deadline for submission of a Joint Rule 26(f) Report would allow Charles E. Ruben an opportunity to meaningfully participate in the preparation of the Joint Rule 26(f) Report, to the benefit of the parties and the Court;

IT IS HEREBY STIPULATED by and between the parties who have appeared herein that the Scheduling Conference be continued by fourteen (14) days from Monday, February 13, 2017, at 11:00 A.M., to Monday, February 27, 2017, at 11:00 A.M., or as soon thereafter as the matter may be heard by the Court;

IT IS HEREBY FURTHER STIPULATED by and between the parties who have appeared herein that the new due date for the filing of a Joint Rule 26(f) Report shall be Friday, February 17, 2017, which is ten (10) days before the new Scheduling Conference date.

////
////
////
////
////

IT IS SO STIPULATED:

DATED: February 6, 2017                LAW OFFICES OF CHARLES E. RUBEN

BY:  /s/ Charles E. Ruben
     CHARLES E. RUBEN
     Attorneys for Defendant in Interpleader,
     ANTHONY A. ALLEN

DATED: February 6, 2017                DONAHOE & YOUNG LLP

BY:  /s/ Taylor F. Williams
     TAYLOR F. WILLIAMS
     Attorneys for Defendant in Interpleader,
     JEFFREY P. ANGWIN

DATED: February 6, 2017                TRUCKER HUSS

BY:  /s/ Joseph C. Faucher
     JOSEPH C. FAUCHER
     Attorney for Plaintiff
     CALIFORNIA INSTITUTE OF THE ARTS, as Plan Administrator of the California Institute of the Arts Retirement Plan

### ATTESTATION RE ELECTRONIC SIGNATURES

I, CHARLES E. RUBEN, attest pursuant to Central District Local Rule 5-4.3.4 that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 6, 2017                LAW OFFICES OF CHARLES E. RUBEN

By: _____
    CHARLES E. RUBEN, Attorneys for
    Defendant in Interpleader and
    Crossclaimant, Anthony A. Allen