1
2
3
4
5
6       UNITED STATES DISTRICT COURT
7              WESTERN DIVISON
8        CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  CALIFORNIA INSTITUTE OF THE ARTS, in its Capacity as Plan Administrator of the California Institute of the Arts Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY A. ALLEN, an individual and JEFFREY P. ANGWIN, as Trustee of the Susan E. Allen Trust, Dated August 7, 2015, and<br><br>    Defendants in Interpleader, | CASE NO.: 2:16-cv-07284-DSF(JCx)<br><br>**Honorable Dale S. Fischer**<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |
| ANTHONY A. ALLEN,<br><br>    Cross-claimant,<br><br>v.<br><br>JEFFREY P. ANGWIN, individually and as Trustee of the Susan E. Allen Trust, Dated August 7, 2015<br><br>    Cross-Defendants. | |

The Court, having considered the Stipulation of the parties who have appeared herein to continue the Scheduling Conference by fourteen (14) days and good cause appearing for the reasons stated therein,

**IT IS HEREBY ORDERED** that the Scheduling Conference be continued by fourteen (14) days form Monday, February 13, 2017, at 11:00 a.m., to Monday, February 27, 2017, at 11:00 a.m.;

**IT IS HEREBY ORDERED** that the new due date for the filing of the parties' Joint Rule 26(f) Report shall be Friday, February 17, 2017, which is ten (10) days before the new Scheduling Conference date.

DATED:   2/10/17

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE